UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | CASE NO. CV-F-08-930 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| JEFFREY NITAIRA, | |
| Defendant. / | |

On August 4, 2008, Plaintiffs UMG Recordings, Inc., Sony BMG Music Entertainment, and Priority Records LLC filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates, including the December 9, 20078 scheduling conference, are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:    August 5, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE